CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Alex Perez-Lopez<br>YOB: 1988; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-08581MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 13, 2021, at or near Newfield, in the District of Arizona, **Alex Perez-Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on July 12, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alex Perez-Lopez** is a citizen of Guatemala. On July 12, 2017, **Alex Perez-Lopez** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On May 13, 2021, agents found **Alex Perez-Lopez** in the United States at or near Newfield, Arizona, without the proper immigration documents. **Alex Perez-Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher J. Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>May 14, 2021 |

¹⁾ See Federal rules of Criminal Procedure Rules 3, 4.1, and 54